**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

RUDY SANTANA,

           Defendant.

------------------------------------- x

ORDER

09 Crim. 195-9 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Defendant is released on his own recognizance.

SO ORDERED.

Dated: October 21, 2020
       New York, New York

                                        */s/ George B. Daniels*
                                     GEORGE B. DANIELS
                                     United States District Judge