**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RUDY SANTANA,

           Defendant.

------------------------------------x

09 Crim. 195-9 (GBD)

ORDER

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing scheduled for December 2, 2020 at 9:00 a.m. will occur in person.

Dated: New York, New York
       November 23, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge