

# SHER TREMONTE LLP

December 1, 2020

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*SO ORDERED*

*DEC 0 1 2020*

The violation of supervised release hearing is adjourned from December 2, 2020 to January 20, 2021 at 9:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:   *United States v. Rudy Santana*, 09 Cr. 195 (GBD)

Dear Judge Daniels:

    I write on behalf of our client, Rudy Santana, to request an adjournment of the violation of supervised release hearing scheduled for tomorrow, December 2, 2020, to afford the defense and the government additional time to discuss a potential resolution of this matter. The government consents to the requested adjournment.

                             Sincerely,

                               /s/ _____
                               Michael Tremonte

cc:   All counsel (via ECF)