# SHER TREMONTE LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2021

**BY ECF**

March 9, 2021

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The violation of supervised release hearing is adjourned from March 11, 2021 to March 25, 2021 at 9:00 a.m.

MAR 1 0 2021

*George B. Daniels*
HON. GEORGE B. DANIELS

Re: *United States v. Rudy Santana*, 09 Cr. 195 (GBD)

Dear Judge Daniels:

I write on behalf of our client, Rudy Santana, to request an adjournment of the violation of supervised release hearing scheduled for Thursday, March 11, 2021, to afford the defense additional time to research and prepare for the defendant's anticipated plea and sentencing. We understand that the Court has availability on Thursday, March 25, 2021. The government consents to the requested adjournment.

Sincerely,

/s/
Michael Tremonte

cc:   All counsel (via ECF)