**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RUDY SANTANA,

                 Defendant.

------------------------------------x

ORDER

09 Crim. 195-9 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A violation of supervised release hearing is set for September 7, 2022 at 10:30 a.m.

Dated: July 27, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge