UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    -against-

RUDY SANTANA,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

09 Crim. 195-9 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The violation of supervised release hearing scheduled for September 14, 2022 is adjourned to November 16, 2022 at 10:00 a.m.

    The Clerk of the Court is directed to close the open motion at ECF No. 1087.

Dated: September 13, 2022
       New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge