**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
                                                        :
      -against-                                      :               ORDER
                                                        :
                                                        :
RUDY SANTANA,                                           :          09 Crim. 195-9 (GBD)
                                                        :
                Defendant.                            :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      At the parties' request, the violation of supervised release hearing scheduled for November

16, 2022 is adjourned to December 14, 2022 at 10:00 a.m.

      The Clerk of Court is directed to close the open motion at ECF No. 1094.


Dated:  November 15, 2022
       New York, New York

                                SO ORDERED.

                                GEORGE B. DANIELS
                                United States District Judge