# MASSENA LAW P.C.

305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

• ADMITTED IN FEDERAL AND
  NEW YORK STATE COURTS

January 30, 2023

**VIA ECF:**

Honorable George B. Daniels
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**SO ORDERED:**

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: JAN 3 1 2023

Re: Rudy Santana
    Docket No.: 09CR00195-09 (GBD)

I represent Rudy Santana in the above referenced matter. This matter is next on January 31, 2023, for a hearing regarding Revocation of Defendant's Supervised Release. I submit the following letter, requesting that Defendant's January 31st, scheduled hearing be adjourned to February 28, 2023 at 10:00 a.m..

Counsel anticipates that Mr. Santana will admit to the violation of the conditions of his supervised release. This request for adjournment is submitted because counsel is currently awaiting the return on certain documents that it believes would be helpful to this Court in determining an appropriate sentence for Mr. Santana. The Government consents to this request for adjournment. Thank you for your consideration. If you have any questions or concerns regarding this matter, please feel free to contact me.

Respectfully Submitted,

*/s/ Alain V. Massena*
Alain V. Massena