**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RUDY SANTANA,

              Defendant.

------------------------------------x

ORDER

09 Crim. 195-9 (GBD)

GEORGE B. DANIELS, United States District Judge:

At the parties' request, the violation of supervised release hearing scheduled for April 11, 2023 is adjourned to May 3, 2023 at 10:15 a.m.

The Clerk of Court is directed to close the open motion at ECF No. 1109.

Dated: April 10, 2023
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE