**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RUDY SANTANA,

                       Defendant.

------------------------------------x

ORDER

09 Crim. 195-9 (GBD)

GEORGE B. DANIELS, United States District Judge:

At Defendant's request, the violation of supervised release hearing scheduled for May 3, 2023 is adjourned to May 31, 2023 at 10:00 a.m.

Dated: May 1, 2023
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE