UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RUDY SANTANA,

                Defendant.

------------------------------------------------------------x

ORDER

09 Crim. 195-9 (GBD)

GEORGE B. DANIELS, United States District Judge:

A violation of supervised release hearing is hereby scheduled for July 17, 2024 at 10:00 a.m.

Dated: July 9, 2024
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge