Case 1:09-cr-00195-GBD   Document 1146   Filed 10/09/24   Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 9, 2024

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The conference scheduled for October 9, 2024, is adjourned to December 5, 2024

OCT 10 2024

*[signature: George B. Daniels]*

HON. GEORGE B. DANIELS

Re:   *United States v. Rudy Santana,*
      **09 Cr. 195 (GBD)**

Dear Judge Daniels:

   The Government writes on behalf of all parties respectfully to request that the status conference currently scheduled for October 9, 2024, be adjourned to December 5, 2024.

   In particular, as this Court knows, on March 21, 2024, the Probation Office sought an arrest warrant from this Court based on allegations that defendant Rudy Santana—who had previously been sentenced to 132 months' imprisonment to be followed by eight years' supervised release following his plea of guilty to participating in racketeering and marijuana-distribution conspiracies, and had then been sentenced to seven months' imprisonment, to be followed by six years' supervised release following his first violation of the conditions of his supervised release, and had then been sentenced to 18 months' imprisonment, to be followed by three years' supervised release following his second violation of the conditions of his supervised release—had once again violated the conditions of his supervised release, this time by: (1) using controlled substances (Specifications One through Three; (2) failing to participate in substance abuse treatment (Specification Four); (3) possessing controlled substances (Specifications Five and Six); and (4) failing to report to the Probation Office as directed (Specification Seven). This Court issued the warrant, and Santana was eventually arrested, appearing first before Magistrate Judge Cott on June 20, 2024, and then before this Court on July 17, 2024.

   The Government and defense counsel have been discussing potential resolutions to the proceeding short of a violation hearing, but need additional time to finish those discussions. The parties believe that it makes sense to adjourn this case to allow those discussions to continue. They therefore respectfully request that the status conference in this case be adjourned to 10:00 am on December 5, 2024, at which time all

Hon. George B. Daniels
October 9, 2024
Page 2 of 2

counsel and the assigned Probation Officer are available, and at which time the parties understand the Court is available.

    Please do not hesitate to contact me with any questions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
      Michael D. Maimin
      Assistant United States Attorney
      (212) 637-2340

cc:    Alain Messina, Esq. (by e-mail and ECF)
       U.S. Probation Officer LaToya Harris (by e-mail)