**MASSENA LAW P.C.**

305 BROADWAY, SUITE 1001
NEW YORK, NEW YORK 10007
(P) 212-766-1700 ♦ (F) 212-766-1701
EMAIL: AVM@MASSENALAW.COM

\* ADMITTED IN FEDERAL AND
NEW YORK STATE COURTS

December 2, 2024

**BY ECF**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street,
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.
Dated: DEC 0 4 2024

Re:   *United States v. Rudy Santana*; 09 CR 00195 (GBD)

Dear Judge Daniels,

I am the attorney for Rudy Santana, the defendant in the above-referenced matter. A conference in this case is currently scheduled for December 5, 2024. The purpose of this letter is to respectfully request that Xaiver Donaldson, a long-standing member of the CJA panel, be permitted to stand in for me during the conference. I am currently scheduled to participate in the Federal Defenders: Sentencing Advocacy Workshop in Atlanta, Georgia. I have spoken with my client who consents to Mr. Donaldson appearing on my behalf. The Court's time and consideration of this matter are greatly appreciated.

Sincerely,
/s/
Alain V. Massena

1